UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED

MAR 09 2001

CLERK, U.S. BANKRUPTCY
ORLANDO DIVISION

In re

WORLD VISION
ENTERTAINMENT, INC.,

    Debtor.
_____/

R.W. CUTHILL, JR., TRUSTEE,

    Plaintiff,

vs.

WILLIE L. BILES, an individual,

    Defendant.
_____/

Chapter 11

Case No. 99-7440-6J1

Adv. Pro. No. 2000-268

### JUDGMENT

THIS ADVERSARY PROCEEDING came before the Court, the undersigned United States, Bankruptcy Judge presiding, for the entry of final judgment pursuant to the Court's Order Granting Plaintiff's Motion for Entry of Final Judgment By Default. The issues having been duly considered and a decision having been duly rendered, with the making of



findings of fact and conclusions of law being reflected in the aforesaid Order, it is

ORDERED AND ADJUDGED:

1. Judgment is entered in favor of Cuthill.

2. Cuthill is awarded damages of $1,293,119.30 against Willie L. Biles together with interest at the rate of 6.052 % as provided by law, from the date of this judgment until paid, for which let execution issue.

**DONE AND ORDERED** in Chambers at Orlando, Orange County Florida, this 8th day of March, 2001.

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

Copies to:

Defendant, Willie L. Biles, 6822 Linkside Drive, Charlotte, NC 28277;

Attorney for R. W. Cuthill, R. Scott Shuker, Esquire, Gronek & Latham, LLP, 390 North Orange Avenue, Suite 600, Orlando, Florida 32801; and

United States Trustee, 135 W. Central Boulevard, Suite 620, Orlando, Florida 32801.

I CERTIFY THE FOREGOING TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE UNITED STATES BANKRUPTCY COURT CLERK OF THE COURT

Vivianne Calderini 1/5/09
DEPUTY CLERK